PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Syed Rehman                                          Cr.: 01-CR-805-01

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 12/02/02

Original Offense: Produces/Traffics in Counterfeit Devices

Original Sentence: Five (5) years probation.

Type of Supervision: Probation                    Date Supervision Commenced: 12/02/02

Assistant U.S. Attorney: Marc Ferzan               Defense Attorney: Donald McCauley

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 6, 2006, the offender was arrested by the New York City Police Identity Theft Task Force, and was charged with attempted grand larceny, identity theft, two counts possession of a forged instrument, and thirty counts unlawful possession of personal identification/information. |
| 2. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>According to Middlesex County Superseding Indictment, Ind. # 05-08-01134, dated July 2005, Rehman was charged with conspiracy to commit murder and/or aggravated assault, attempted murder, possession of a weapon for unlawful purposes(sledge hammer), unlawful possession of a weapon, unlawful theft or receipt of a credit card, and fraudulent use of a credit card. |

3.  The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

    The offender was in the State of Ohio on January 10, 2005, without the permission of the probation office, as evidenced by a speeding ticket issued to the offender by the Ohio State Highway Patrol.

4.  The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender submitted false monthly supervision reports for the months of August 2003, October through December 2003, January 2004, and March through August 2004, by answering "no" to the following question on side two, Part E of the document, "did you have contact with anyone with a criminal record?", when in fact he was employed at ZHN Auto Repair with supervised releasee Randy Houser.

    The offender submitted a false monthly supervision report for the month of January 2005, by answering "no" to the following questions on side two, Part E of the document, "were you questioned by any law enforcement officers?", "did you travel outside the district without permission?", when in fact he was in Ohio and received a speeding ticket from the Ohio State Highway Patrol on January 10, 2005.

5.  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

    The offender met convicted felon, Randy Houser, while both were residents of the Kintock Community Corrections Center in 2003. Offender Houser was serving a sentence imposed by Judge Ackerman after being convicted of possession of a firearm by a convicted felon. In March 2003, the offender as he verbally admitted, assisted Houser in obtaining employment with Rehman's employer ZHN Auto Repair.

    Both were released from Kintock in August 2003 with the offender and Houser remaining employed together through May 2005. On several occasions during this time frame Houser claimed and noted on monthly supervision reports that the offender was his supervisor. Rehman when contacted also represented this as well to Houser's probation officer. Rehman did not report his employment with Houser or seek permission from this writer to associate with him. Houser also did not report his contact with the offender to his probation officer during the above time on supervision.

PROB 12C   Page 3
Syed Rehman

6.  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    The offender failed to notify the undersigned officer of his contact with the Ohio State Highway Patrol on January 10, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 03/27/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/06/06
Date