**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

January 14, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Katharine S. Hayden
U.S. District Court Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Room 311
PO Box 999
Newark, NJ 07101-9971

                                          RE:    **REHMAN, Syed**
                                                    Dkt. No.: 01-CR-805

                                                    **REQUEST TO RELEASE**
                                                    **FILE INFORMATION**

Dear Judge Hayden:

On December 2, 2002, the above-mentioned offender appeared before Your Honor for sentencing upon being convicted of producing/trafficking in counterfeit devices. Rehman was sentenced to serve five (5) years probation. While on probation, the offender was ordered to comply with special conditions of financial disclosure, prohibition from incurring any new credit charges or opening new lines of credit, and to reside for six (6) months in a community corrections center. Lastly, Rehman was ordered to pay a special assessment of $100, as well as restitution in the amount of $34,738.26. The offender has satisfied his community corrections placement, as well as all Court imposed financial obligations.

Your Honor issued a warrant for the offender on April 6, 2006, given the offender's failure to comply with the conditions of his release as evidenced by new arrests, leaving the District of New Jersey without permission, submission of false monthly supervision reports, association with a convicted felon, and by his failure to notify his probation officer of a police contact. He appeared before Your Honor on June 5, 2006, and pled guilty to violating the terms of his release by leaving the judicial district without permission, submitting false monthly supervision reports, association with a person who was convicted of a felony, and his failure to notify his probation officer of a police contact. Thereafter, Rehman was sentenced to the custody of the Bureau of Prisons for four (4) months. Following his release from custody, a supervised release term of eighteen (18) months was imposed.

Rehman was released from custody on July 28, 2006, and his supervision term with our office expired on January 27, 2008.

The undersigned received a subpoena from Middlesex County Prosecutors Office Assistant Prosecutor Mary Nelson on January 11, 2010, requesting that we provide Judgements of

The Honorable Katharine S. Hayden
Page 2
January 14, 2010

Convictions for Rehman's original sentence, and Violation of Probation sentence as imposed by Your Honor. Assistant Prosecutor Nelson was requesting the documents for an upcoming violation of a restraining order hearing in Middlesex County Superior Court.

We are respectfully requesting the Court's permission to release the aforementioned documents from the offender's file and have attached the referenced subpoena for the Court's perusal. If you need further information or the Court would like to discuss this matter in greater detail, we remain available at the Court's convenience.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kevin J. Mullens
Senior U.S. Probation Officer

Approved ✓

Denied _____

The Honorable Katharine S. Hayden, U.S.D.J.

1/14/10
Date

/kjm

State v. SYED REHMAN AKA RAHMAN

File No. PROS FILE 09001603

| | |
|---|---|
| STATE OF NEW JERSEY : <br> : SS <br> COUNTY OF MIDDLESEX : | SUPERIOR COURT OF NEW JERSEY <br> COUNTY OF MIDDLESEX <br> LAW DIVISION (CRIMINAL) |

SUBPOENA DUCES TECUM

**RECEIVED**

To: OFFICER KEVIN MULLENS
FEDERAL PROBATION ROOM 130 BOX 2097
PATERSON, NJ 07509
FAX: 973 357-4092

JAN 11 2010

U.S. PROBATION OFFICE
PATERSON, NJ

You are hereby commanded on ___FRI .JANUARY 15, 2010___ upon receipt of this subpoena, to produce to the Middlesex County Prosecutor or his representative for use in trial and for the County of Middlesex, the following records concerning the matter of:

ST V SYED REHMAN AKA RAHMAN/ CERTIFIED JUDGMENT OF CONVICTION AND VOP OF 9/27/2001 CREDIT CARD FRAUD 5 YRS PROB 12/2/02 SENTENCE AND 6/5/06 4 MONTH INCARCERATION FOR VOP
MAIL: MIDDLESEX COUNTY PROS OFFICE ATTN: MARY P NELSON, AP
25 KIRKPATRICK ST, 3RD FLOOR, NEW BRUNSWICK, NJ 08901
FAX: 732 296-8968

**Failure to comply with this subpoena shall make you liable for such penalties as are provided by law.**

DATED: ___JANUARY 8, 2010___

_Bruce Kaplan/LS mpn_
MIDDLESEX COUNTY PROSECUTOR

_Gregory Edwards/LS mpn_
DEPUTY CLERK OF SUPERIOR COURT

YOU MAY BE EXCUSED FROM ACTUALLY APPEARING IN SUPERIOR COURT IF YOU MAKE ARRANGEMENTS WITH ___AGENT KRISTEN FISHER___, TELEPHONE NO. (732) 745-___4492___, OF THE MIDDLESEX COUNTY PROSECUTOR'S OFFICE TO PRODUCE THE SUBPOENAED DOCUMENTS IN ADVANCE OF THE ABOVE DATE.

Served by:
Date & Time:
Place of Service:
Person Served:
Manner Served:

Prosecutor's Office
25 Kirkpatrick Street, 3rd Floor
New Brunswick, NJ 08901